GREENBERG TRAURIG, LLP
William J. Goines, SBN 061290
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com

Attorneys for Defendant Jeff Burrows

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-MYTH WORLDWIDE, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF BURROWS, an individual,<br><br>Defendant. | Case No. C053753 JCS<br><br>**STIPULATION TO EXTEND TIME TO FILE ANSWER OR INITIAL RESPONSIVE PLEADING**<br><br>(First Request) |

Plaintiff E-Myth Worldwide, Inc. and Defendant Jeff Burrows ("Defendant") hereby stipulate that the time for filing Defendant's answer or other initial responsive pleading may be extended through and including November 30, 2005.

Respectfully submitted,

Date: November 16, 2005.

GREENBERG TRAURIG, LLP


By: ___/s/ William J. Goines___
William J. Goines, Esq.
*Attorneys for Defendant Jeff Burrows*

| | |
|---|---|
| 1 | CARR & FERRELL L.L.P. |
| 2 | |
| 3 | By: /s/ Brad W. Blocker |
| 4 | Brad W. Blocker, Esq.<br>Jason T. Anderson, Esq. |
| 5 | 2200 Geng Road<br>Palo Alto, California 94303 |
| 6 | *Attorneys for Plaintiff E-Myth Worldwide, Inc* |
| 8 | Dated: November 21, 2005 |

IT IS SO ORDERED
Judge Joseph C. Spero

sv-fs1\19154v01

Stipulation to Extend Time to File or Initial Responsive Pleading   2