1  GREENBERG TRAURIG, LLP
   William J. Goines, SBN 061290
2  1900 University Avenue, Fifth Floor
   East Palo Alto, CA  94303
3  Telephone:  (650) 328-8500
   Facsimile:  (650) 328-8508
4  Email:  goinesw@gtlaw.com

5  Attorneys for Defendant Jeff Burrows

6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 E-MYTH WORLDWIDE, INC. a          Case No. C053753 MMC
   Delaware corporation,
12
                Plaintiff,
13
                                    **STIPULATION TO EXTEND TIME
14  v.                              TO FILE ANSWER OR OTHER
                                    RESPONSIVE PLEADING**
15 JEFF BURROWS, an individual,

16              Defendant.          **(Second Request)**

17

18
       Plaintiff E-Myth Worldwide, Inc. and Defendant Jeff Burrows ("Defendant")
19
   hereby stipulate that the time for filing Defendant's answer or other responsive pleading
20
   may be extended through and including February 10, 2006.
21
                                    Respectfully submitted,
22
   Date: February 3, 2006.
23
                                    GREENBERG TRAURIG, LLP
24

25

26                                  By:    /s/ William J. Goines
                                           William J. Goines, Esq.
27                                         *Attorneys for Defendant Jeff Burrows*

28

sv-fs1\19154v01
                    Stipulation to Extend Time to File or Initial Responsive Pleading    1

| | |
|---|---|
| 1 | CARR & FERRELL L.L.P. |
| 2 | |
| 3 | By: /s/ Brad W. Blocker |
| 4 | Brad W. Blocker, Esq.<br>Jason T. Anderson, Esq. |
| 5 | 2200 Geng Road<br>Palo Alto, California  94303 |
| 6 | *Attorneys for Plaintiff E-Myth Worldwide, Inc* |

I, William J. Goines, am the ECF User whose ID and password are being used to file this Stipulation to Estend Time to File Answer or Other Responsive Pleading (Second Request).  In compliance with General Order 45, X.B., I hereby attest that Brad W. Blocker has concurred in this filing.

Date: February 3, 2006                                        GREENBERG TRAURIG LLP

                                                              By: /s/ William J. Goines
                                                              William J. Goines
                                                              Attorneys for Defendant Jeffrey Burrows

Dated: February 3, 2006

IT IS SO ORDERED

Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

sv-fs1\19154v01

Stipulation to Extend Time to File or Initial Responsive Pleading        2