1  GREENBERG TRAURIG, LLP
   William J. Goines, SBN 061290
2  1900 University Avenue, Fifth Floor
   East Palo Alto, CA  94303
3  Telephone:  (650) 328-8500
   Facsimile:  (650) 328-8508
4  Email:  goinesw@gtlaw.com

5  Attorneys for Defendant Jeff Burrows

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  E-MYTH WORLDWIDE, INC. a            Case No. C053753 MMC
    Delaware corporation,
12
                    Plaintiff,
13
                                       **STIPULATION TO EXTEND TIME
14                                      TO FILE ANSWER OR OTHER
                                        RESPONSIVE PLEADING**
14     v.
15
    JEFF BURROWS, an individual,
16                                      **(Third Request)**
                    Defendant.
17

18

19      Plaintiff E-Myth Worldwide, Inc. and Defendant Jeff Burrows ("Defendant")

20  hereby stipulate that the time for filing Defendant's answer or other responsive pleading

21  may be extended through and including February 13, 2006.

22                           Respectfully submitted,

23  Date:  February 10, 2006.

24                           GREENBERG TRAURIG, LLP

25

26                           By:  ___/s/ William J. Goines_____
                                  William J. Goines, Esq.
27                                *Attorneys for Defendant Jeff Burrows*

28

CARR & FERRELL L.L.P.


By: /s/ Jason T. Anderson
   Brad W. Blocker, Esq.
   Jason T. Anderson, Esq.
   2200 Geng Road
   Palo Alto, California  94303
   *Attorneys for Plaintiff E-Myth Worldwide, Inc*


I, William J. Goines, am the ECF User whose ID and password are being used to file this Stipulation to Extend Time to File Answer Or Other Responsive Pleading.  In compliance with General Order 45, X.B., I hereby attest that Jason T. Anderson has concurred in this filing.


Date: February 10, 2006                    GREENBERG TRAURIG LLP



                                           By:  /s/ William J. Goines
                                              William J. Goines
                                              *Attorneys for Defendant Jeff*
                                              *Burrows*_____

Dated: February 13, 2006

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Maxine M. Chesney

NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Extend Time to File or Initial Responsive Pleading          2