IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-MYTH WORLDWIDE, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>JEFF BURROWS, an individual,<br><br>        Defendant.<br>_____/ | No. C-05-3753 MMC<br><br>**ORDER OF DISMISSAL** |

    The Court having been advised that the parties have agreed to a settlement of the above-titled action,

    IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: May 25, 2006

                                      MAXINE M. CHESNEY
                                      United States District Judge