| | |
|---|---|
| 1 | BRAD W. BLOCKER (SBN 124154) |
| | JAMES W. LUCEY (SBN 160808) |
| 2 | CARR & FERRELL LLP |
| | 2200 Geng Road |
| 3 | Palo Alto, California 94303 |
| | Telephone: (650) 812-3400 |
| 4 | Facsimile: (650) 812-3444 |
| | bblocker@carrferrell.com |
| 5 | jlucey@carrferrell.com |
| 6 | Attorneys for plaintiff/counterdefendant |
| | E-Myth Worldwide, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| E-MYTH WORLDWIDE, INC., a Delaware corporation, | CASE NO. 3:05-cv-03753-MMC |
| Plaintiff, | STIPULATION OF DISMISSAL AND [PROPOSED] ORDER |
| v. | |
| JEFF BURROWS, an individual, | [FRCP 41(a)(2)] |
| Defendant. | |
| AND ASSOCIATED CROSS ACTIONS. | |

Plaintiff and Counterdefendant E-Myth Worldwide, Inc. and Defendant and Counterclaimant Jeff Burrows hereby stipulate to a dismissal with prejudice of the entire above-captioned action, including the Complaint and Counterclaim, pursuant to the provisions of FRCP 41(a)(2). The parties further agree to waive any right to appeal and that each party will bear their own attorney's fees and costs of suit incurred herein.

IT IS SO STIPULATED

| | | |
|---|---|---|
| 1 | Dated: August 22, 2006 | CARR & FERRELL LLP |
| 2 | | |
| 3 | | By: /s/ James W. Lucey |
| 4 | | BRAD W. BLOCKER |
| | | JAMES W. LUCEY |
| 5 | | Attorneys for plaintiff/counterdefendant |
| | | E-Myth Worldwide, Inc. |
| 6 | | |
| 7 | Dated: August 22, 2006 | GREENBERG TRAURIG, LLP |
| 8 | | |
| 9 | | |
| 10 | | By: /s/ Jeffrey H. Wolf |
| | | JEFFREY H. WOLF |
| 11 | | Attorneys for defendant/counterclaimant |
| | | Jeff Burrows |

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 23, 2006

/s/ Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE